UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HIMELDA MENDEZ, on behalf of herself and all others similarly situated,

        Plaintiffs,

-against-

ARCADIA MANAGEMENT, INC. d/b/a THE ARBORS,

        Defendant.

Case No. 1:18-cv-04950-KBF-GWG

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
           December 11, 2018

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: Andrea Moss /sw
Andrea Marie Moss, Esq.
Paduano & Weintraub LLP
1251 Avenue of the Americas
New York, NY 10020
am@pwlawyers.com
*Attorney for Defendant*

Application GRANTED.

Dated:   December 13, 2018
           New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE